Form ntcinstl

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  14−18474
Chapter:  7
Judge:  Janet S. Baer

In Re:
   Elaine Miller
   1013 East 93rd Street, Apt#1
   Chicago, IL 60619

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7762

Employer Tax ID / Other nos.:

### NOTICE OF ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments (Official Form B 3A)*, the court orders that:

○ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

◉ The debtor(s) must pay the filing fee according to the following terms:

| You must pay ... | On or before this date ... |
|---|---|
| $76.50 | 06/16/2014 |
|  | mm/dd/yyyy |
| $76.50 | 07/14/2014 |
|  | mm/dd/yyyy |
| $76.50 | 08/13/2014 |
|  | mm/dd/yyyy |
| + $76.50 | 09/12/2014 |
|  | mm/dd/yyyy |
| Total  $306.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

BY THE COURT

Dated: July 22, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court